## 62365. CLEVELAND v. WATKINS et al.

QUILLIAN, Chief Judge.

The plaintiff appeals from an order dismissing his complaint. *Held:*

The trial judge in the order appealed from further recited: "the defendants' counter-claim against the plaintiff remains viable and is still pending against the plaintiff."

"An appeal from an order dismissing the plaintiff's claim is premature when there is a counterclaim pending in the court below." *Butler Auction Co. v. Hosch,* 119 Ga. App. 562 (167 SE2d 684). Accord, *Campbell v. George,* 129 Ga. App. 644 (200 SE2d 503). Here, as in *Patterson v. Professional Resources,* 242 Ga. 459 (1a) (249 SE2d 248) the pendency of the counterclaim plus the absence of a determination by the trial judge that there was no just reason for delay and express direction for entry of judgment under CPA § 54 (b) (Code Ann. § 81A-154 (b); Ga. L. 1966, pp. 609, 658; 1976, pp. 1047, 1049) prevented the order from being final and appealable. This, coupled with the appellant's failure to follow the applicable procedure for review under Code Ann. § 6-701 (a) (2) (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073; 1975, pp. 757, 758; 1979, pp. 619, 620),

subjects the instant appeal to dismissal.

*Appeal dismissed. McMurray, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 8, 1981 —
REHEARING DENIED OCTOBER 9, 1981.

Jesse Cleveland, *pro se.*
Larry Cohran, for appellees.